IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-02652-LTB-BNB

OKLAND CONSTRUCTION COMPANY, INC., a Utah corporation,

Plaintiff,

v.

THE PHOENIX INSURANCE COMPANY, a Connecticut insurance company,
THE TRAVELERS INDEMNITY COMPANY OF AMERICA, a Connecticut insurance
company,
ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut insurance company,
ST. PAUL SURPLUS LINES INSURANCE COMPANY, a Connecticut insurance company,
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut insurance
company,
EVEREST NATIONAL INSURANCE COMPANY, a New Jersey insurance company,
AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, a New
Jersey insurance company,

Defendants.

---

## ORDER

---

This matter arises on the following:

(1)     **Defendant and Cross-Claim Defendant Everest National Insurance
Company's Motion for Leave to Amend Its Pleading to Assert Counterclaims Against
Plaintiff Okland Construction Company and Cross-Claims Against Defendants The
Travelers Indemnity Company of America, The Phoenix Insurance Company, and St. Paul
Surplus Lines Insurance Company** [Doc. # 51, filed 5/25/2012] ("Everest's Motion to
Amend"); and

(2)     **The Phoenix Insurance Company, The Travelers Indemnity Company of America, St. Paul Fire and Marine Insurance Company, St. Paul Surplus Lines Insurance Company and Travelers Property Casualty Company of America's Motion for Leave to Amend Its Pleadings to Add Counterclaims Against Okland Construction Company, Inc and Amended Cross Claims Against Everest National Insurance Company** [Doc. # 52, filed 5/25/2012] ("Phoenix' Motion to Amend").

The motions were set to be heard on June 12, 2012.  Prior to the hearing, my chambers was contacted and informed that neither motion is opposed.

IT IS ORDERED:

(1)     Everest's Motion to Amend [Doc. # 51] is GRANTED.  The Clerk of the Court is directed to accept for filing Doc. # 51-1; and

(2)     Phoenix' Motion to Amend [Doc. # 52] is GRANTED.  The Clerk of the Court is directed to accept for filing Doc. # 52-1.

Dated June 12, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge