IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02652-LTB-BNB

OKLAND CONSTRUCTION COMPANY, INC., a Utah corporation,

Plaintiff,

v.

THE PHOENIX INSURANCE COMPANY, a Connecticut insurance company,
THE TRAVELERS INDEMNITY COMPANY OF AMERICA, a Connecticut insurance company,
ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut insurance company,
ST. PAUL SURPLUS LINES INSURANCE COMPANY, a Connecticut insurance company,
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut insurance company,
EVEREST NATIONAL INSURANCE COMPANY, a New Jersey insurance company,
AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, a New Jersey insurance company,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

   IT IS ORDERED:

   (1)   The parties' **Stipulation and Joint Motion to Amend Scheduling Order** [Doc. # 77, filed 9/17/2012] is GRANTED; and

   (2)   The case schedule is modified to the following extent:

      The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **October 28, 2012**; and

>The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **December 12, 2012**.

DATED:  September 19, 2012