IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02652-LTB-BNB

OKLAND CONSTRUCTION COMPANY, INC., a Utah corporation,

Plaintiff,

v.

THE PHOENIX INSURANCE COMPANY, a Connecticut insurance company,
THE TRAVELERS INDEMNITY COMPANY OF AMERICA, a Connecticut insurance company,
ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut insurance company,
ST. PAUL SURPLUS LINES INSURANCE COMPANY, a Connecticut insurance company,
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut insurance company,
EVEREST NATIONAL INSURANCE COMPANY, a New Jersey insurance company,
AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, a New Jersey insurance company,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Withdraw Everest National Insurance Company's Motion for Protective Order [Doc. No. 80]** [docket no. 83, filed October 19, 2012] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the **Everest National Insurance Company's Motion for Protective Order** [80] is DENIED AS WITHDRAWN.

IT IS FURTHER ORDERED that the hearing set for **October 30, 2012, IS VACATED.**

DATED: October 22, 2012