IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02652-LTB-BNB

OKLAND CONSTRUCTION COMPANY, INC., a Utah corporation,

Plaintiff,

v.

THE PHOENIX INSURANCE COMPANY, a Connecticut insurance company,
THE TRAVELERS INDEMNITY COMPANY OF AMERICA, a Connecticut insurance
company,
ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut insurance company,
ST. PAUL SURPLUS LINES INSURANCE COMPANY, a Connecticut insurance company,
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut insurance
company,
EVEREST NATIONAL INSURANCE COMPANY, a New Jersey insurance company,
AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, a New
Jersey insurance company,

Defendants.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Amend Scheduling Order**
[docket no. 86, filed October 24, 2012] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as
follows:

Expert Witness Disclosures:
The parties shall designate all experts and provide opposing
counsel with all information specified in Fed. R. Civ. P. 26(a)(2)
on or before **February 15, 2013**;

The parties shall designate all rebuttal experts and provide
opposing counsel with all information specified in Fed. R. Civ. P.
26(a)(2) on or before **March 30, 2013**;

| | |
|---|---|
| Fact Discovery Cut-off: | **January 30, 2013**; |
| Dispositive Motion Deadline: | **April 30, 2013**. |

IT IS ORDERED that the Pretrial Conference set for March 28, 2013, is **vacated and reset to July 9, 2013, at 10:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.5.1, is due on or before **July 2, 2013**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  <u>See</u> D.C.COLO.LCivR 83.2B.

DATED:  October 26, 2012