IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| Civil Action: | 11-cv-02652-LTB-BNB | Date: January 18, 2013 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| OKLAND CONSTRUCTION COMPANY, INC<br>**Plaintiff(s)** | *Jose A. Ramirez* |
| v. | |
| THE PHOENIX INSURANCE COMPANY<br>THE TRAVELERS INDEMNITY COMPANY OF AMERICA<br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY<br>ST. PAUL SURPLUS LINES INSURANCE COMPANY<br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA<br>EVEREST NATIONAL INSURANCE COMPANY<br>AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY<br>**Defendant(s)** | *Ryan J. Hesselgesser*<br><br><br><br><br><br><br>*Hilary D. Wells*<br>*Todd E. Jaworsky* |
| EVEREST NATIONAL INSURANCE COMPANY<br>**Cross Defendant(s)** | |

**COURTROOM MINUTES**

**MOTION HEARING**

Court in Session: 10:00 a.m.

Appearance of counsel.

Argument presented on [97] The Phoenix Insurance Company, The Travelers Indemnity Company of America, St. Paul Fire and Marine Insurance Company, St. Paul Surplus Lines

Insurance Company and Travelers Property Casualty Company of America's Motion to Compel or in the Alternative Motion for Protective Order.

**ORDERED:   [97] The Phoenix Insurance Company, The Travelers Indemnity Company of America, St. Paul Fire and Marine Insurance Company, St. Paul Surplus Lines Insurance Company and Travelers Property Casualty Company of America's Motion to Compel or in the Alternative Motion for Protective Order is GRANTED IN PART and DENIED IN PART, as indicated on the record.**

Court in Recess: 10:56 a.m.   Hearing concluded.   Total time in Court: 00:56

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119