IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-02652-LTB-BNB

OKLAND CONSTRUCTION COMPANY, INC., a Utah corporation,

Plaintiff,

v.

THE PHOENIX INSURANCE COMPANY, a Connecticut insurance company,
THE TRAVELERS INDEMNITY COMPANY OF AMERICA, a Connecticut insurance company,
ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut insurance company,
ST. PAUL SURPLUS LINES INSURANCE COMPANY, a Connecticut insurance company,
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut insurance company,
EVEREST NATIONAL INSURANCE COMPANY, a New Jersey insurance company,
AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, a New Jersey insurance company,

Defendants.

_____

**ORDER**
_____

This matter arises on **The Phoenix Insurance Company's [etc.] Motion to Compel or In the Alternative Motion for Protective Order** [Doc. # 97, filed 12/17/2012] (the "Motion"). I held a hearing on the Motion on January 18, 2013, and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record,

IT IS ORDERED that the Motion [Doc. # 97] is GRANTED in part and DENIED in part.

Dated January 22, 2013.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge