IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02652-LTB-BNB

OKLAND CONSTRUCTION COMPANY, INC., a Utah corporation,

Plaintiff,

v.

THE PHOENIX INSURANCE COMPANY, a Connecticut insurance company,
THE TRAVELERS INDEMNITY COMPANY OF AMERICA, a Connecticut insurance company,
ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut insurance company,
ST. PAUL SURPLUS LINES INSURANCE COMPANY, a Connecticut insurance company,
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut insurance company,
EVEREST NATIONAL INSURANCE COMPANY, a New Jersey insurance company,
AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, a New Jersey insurance company,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Amend Scheduling Order re: Expert Disclosure Deadline** [docket no. 132, filed February 12, 2013] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **February 28, 2013**, and the parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **April 15, 2013**.

DATED: February 13, 2013