IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

_____

Courtroom Deputy:  Emily Seamon           Date:  August 8, 2013
Court Reporter:    Janet Coppock

_____

Civil Case No. 11-cv-02652-LTB-BNB        *Counsel:*

OKLAND CONSTRUCTION COMPANY, INC.,        David Zimmerman
a Utah corporation,                       Jose Ramirez

        Plaintiff,

v.

THE PHOENIX INSURANCE COMPANY, a          Thomas Lether
Connecticut insurance company,            Hilary Wells
THE TRAVELERS INDEMNITY COMPANY OF        Ben Ochoa
AMERICA, a Connecticut insurance company, Laurence McHeffey
ST. PAUL FIRE AND MARINE INSURANCE
COMPANY, a Connecticut insurance company,
ST. PAUL SURPLUS LINES INSURANCE
COMPANY, a Connecticut insurance company,
TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA, a Connecticut
insurance company,
EVEREST NATIONAL INSURANCE
COMPANY, a New Jersey insurance company,
and
AMERICAN INTERNATIONAL SPECIALTY
LINES INSURANCE COMPANY,

        Defendants.

_____

COURTROOM MINUTES
_____

HEARING - STATUS/SCHEDULING

1

10:02 a.m.      Court in Session.

Also seated at Plaintiff's table: John McEntire, client representative.

Also seated at Defendants' table: Nick D'Agostino, client representative for Travelers; Evan Baker, client representative for Everest; and Kim McLaughlin, client representative for CSIC.

Discussion between the Court and counsel regarding the number of lawyers working on this case.

The Court gives a summary of the case and states what remains pending in the case.

The Court advises counsel not to file motions within responses or replies, and chastises counsel on the verbosity of their briefing.

Discussion regarding the Court not favoring bifurcating the trial, the complexity of the case, the duty of counsel to make a complex case clear to the Court and a jury, the potential verdict form, the number of potential witnesses, not allowing jurors access to electronic exhibits, and the possibility of settlement.

**ORDERED**:   Judgment shall enter in favor of Everest on Travelers' cross-claim for negligence.

**ORDERED**:   All pending motions are **STRICKEN with leave to re-file**.  Any party may re-file its motion, not to exceed 20 pages, on or before **August 29, 2013**. Responses not exceeding 15 pages are due on or before **September 12, 2013**.  Replies not exceeding 15 pages are due on or before **September 26, 2013**.

**ORDERED**:   Travelers and Everest shall jointly brief the choice of law issue.

**ORDERED**:   The Trial Preparation Conference set for September 6, 2013 at 9:00 a.m. is **VACATED**.

**ORDERED**:   The fifteen day Jury Trial set for October 7, 2013 at 9:00 a.m. is **VACATED**.

**ORDERED**:   No motions in limine may be filed.

10:29 a.m.      Court in Recess.
Hearing concluded.
Time:  00:27