IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 11-cv-02652-LTB-BNB

OAKLAND CONSTRUCTION COMPANY, INC.,

    Plaintiff,

v.

THE PHOENIX INSURANCE COMPANY, a Connecticut insurance company; THE TRAVELERS INDEMNITY COMPANY OF AMERICA, a Connecticut Insurance Company; ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut insurance company; ST. PAUL SURPLUS LINES INSURANCE COMPANY, a Connecticut insurance company; TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut insurance company; EVEREST NATIONAL INSURANCE COMPANY, a New Jersey insurance company; and AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, a New Jersey insurance company,

    Defendants.

_____

ORDER
_____

    As further set forth on the record at the hearing held on August 8, 2013, IT IS HEREBY ORDERED as follows:

    1. Judgment is entered in favor of Everest on Travelers' cross-claim for negligence;

    2. All pending motions [Doc #s 154, 157, 159, 160, 161, 164, 195, 220 & 224] are hereby STRICKEN WITH LEAVE TO RE-FILE subject to the following conditions;

        a. motions and supporting memoranda shall not exceed 20 pages in length;

        b. responses shall not exceed 15 pages in length;

        c. replies shall not exceed 15 pages in length; and

        d. Travelers and Everest shall jointly brief the choice of law issue.

    3. Any motion that the parties wish to re-file subject to the conditions set forth above is due on or before August 29, 2013; responses are due on or before September 12, 2013; and replies are due on or before September 26, 2013;

    4. The trial preparation conference set for September 6, 2013 is VACATED; and

5. The trial set to commence on October 7, 2013 is VACATED.

Dated: August  8 , 2013, in Denver, Colorado.

BY THE COURT:

 s/ Lewis T. Babcock
LEWIS T. BABCOCK, JUDGE