**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Action No. 11-cv-02652-LTB-BNB

OKLAND CONSTRUCTION COMPANY, INC.,

    Plaintiff,

v.

THE PHOENIX INSURANCE COMPANY, a Connecticut insurance company; THE TRAVELERS INDEMNITY COMPANY OF AMERICA, a Connecticut Insurance Company; ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut insurance company; ST. PAUL SURPLUS LINES INSURANCE COMPANY, a Connecticut insurance company; TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut insurance company; EVEREST NATIONAL INSURANCE COMPANY, a New Jersey insurance company; and AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, a New Jersey insurance company,

    Defendants.
_____

**ORDER**
_____

Upon the Notice Re Pretrial Deadlines (Doc 231, filed August 8, 2013), the Pretrial Order has not been stricken (Doc 233). Certain motions have been stricken. This Court may enter a revised Pretrial Order. Therefore, it is ORDERED that all pretrial deadlines remain.

                                       BY THE COURT:

                                        s/ Lewis T. Babcock
                                        LEWIS T. BABCOCK, JUDGE

DATED:   August 9, 2013