**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  11-cv-02652-LTB-BNB

OKLAND CONSTRUCTION COMPANY, INC., a Utah corporation,

       Plaintiff,

v.

THE PHOENIX INSURANCE COMPANY, a Connecticut insurance company;
THE TRAVELERS INDEMNITY COMPANY OF AMERICA, a Connecticut insurance company;
ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut insurance company:
ST. PAUL SURPLUS LINES INSURANCE COMPANY, a Connecticut insurance company;
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut insurance company;
EVEREST NATIONAL INSURANCE COMPANY, a New Jersey insurance company;
AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY,

       Defendants.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

       The Parties' Joint Motion for Clarification (Doc 287 - filed September 18, 2013) is **GRANTED**.

       The proposed voir dire questions, trial briefs, proposed jury instructions, and proposed verdict forms are due at least five days before a new trial date, if and when set.

Dated:   September 19, 2013

---