**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  11-cv-02652-LTB-BNB

OKLAND CONSTRUCTION COMPANY, INC., a Utah corporation,

      Plaintiff,

v.

THE PHOENIX INSURANCE COMPANY, a Connecticut insurance company;
THE TRAVELERS INDEMNITY COMPANY OF AMERICA, a Connecticut insurance company;
ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut insurance company:
ST. PAUL SURPLUS LINES INSURANCE COMPANY, a Connecticut insurance company;
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut insurance company;
EVEREST NATIONAL INSURANCE COMPANY, a New Jersey insurance company;
AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY,

      Defendants.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


      Defendants Travelers Motion to Withdraw Docket #302, Motion to Exclude Claimed Evidence Involving Property damage Occurring Prior to June 1, 2009 (Doc 311 - filed December 20, 2013) is **GRANTED**.  Docket #302 is **WITHDRAWN**.




Dated:  December 30, 2013
_____